FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 15 PM 12:01

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA SHERIFFS' ASSOCIATION** ) ) ) | Case No. |
| ) **Plaintiffs,** ) ) | Section **06-5924** |
| ) | Judge |
| vs. ) ) | Mag. **SECT. I MAG 1** |
| **VANGUARD CAPITAL, INC., FELTUS MCKOWEN, AND BRIAN ZAID** ) ) ) | |
| **Defendants.** ) | |

### JUDGMENT

Upon the consent of the parties, the Court hereby enters its judgment confirming the arbitration award in *Louisiana Sheriffs' Association v. Vanguard Capital, Inc., Feltus Barrow McKowen, and Brian Zaid*, No. 03-08453, attached hereto as Exhibit 1. Specifically, the Court confirms the arbitration panel's recommendation of expungement of all reference to the arbitration from Defendants/Respondents Jeffrey L. Richardson's and Brian M. Zaid's registration records maintained by the NASD Central Registration Depository.

New Orleans, Louisiana, this 14 day of Sept, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____

Respectfully Submitted,

_____
Thomas K. Potter, III (T.A.) (La. Bar No. 17348)
JONES, WALKER, WAECHTER,
 POITEVENT, CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8358
Facsimile: (504) 582-8011
Attorneys for Defendant/Arbitration Respondent
Vanguard Capital, Inc.


_____
Bruce V. Schewe (T.A.) (La. Bar No. 1171)
Brent B. Barriere (La. Bar No. 021818)
Phelps Dunbar, L.L.P.
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 584-9267
Facsimile: (504) 568-9130

Attorneys for Plaintiffs/Arbitration Claimants Louisiana Sheriffs' Association, Louisiana Sheriffs' Association Auto Risk Program, Louisiana Sheriffs' Association Law Enforcement Program, and Louisiana Sheriffs' Association Educational Foundation